STEHLI SILKS CORPORATION, Respondent, *v.* NATHAN J. KLEINBERG, Doing Business under the Trade Name of KLEINBERG WAIST COMPANY, Appellant.

*Contract — sale — action to recover for goods sold and delivered and for breach of contract.*

*Stehli Silks Corpn.* v. *Kleinberg,* 205 App. Div. 871, affirmed.

(Argued June 14, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 13, 1923, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for goods alleged to have been sold and delivered and for breach of contract.

*Charles A. Brodek* for appellant.
*H. Preston Coursen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.